IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CROSSROADS SYSTEMS, INC., | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 1:12-CV-104 |
| v. | § § | JURY DEMANDED |
| (1) INFORTREND CORPORATION,<br>(2) ABERDEEN LLC,<br>(3) BOOST SYSTEMS, INC.,<br>(4) IXSYSTEMS, INC., and<br>(5) STORAGEFLEX, INC., | § § § § § § | |
| Defendants. | § | |

**PLAINTIFF CROSSROADS SYSTEMS, INC.'S DISCLOSURE STATEMENT**

In accordance with Federal Rule of Civil Procedure 7.1, Plaintiff Crossroads Systems, Inc. ("Crossroads") states that it has no parent corporation and that no publicly held corporation owns 10% or more of Crossroads' stock.

Respectfully submitted,

Dated: February 1, 2012    By:  /s/ Elizabeth J. Brown Fore
      Steven Sprinkle (Bar No. 00794962)
      ssprinkle@sprinklelaw.com
      Elizabeth J. Brown Fore (Bar No. 24001795)
      ebrownfore@sprinklelaw.com
      Sprinkle IP Law Group, PC
      1301 W. 25th Street, Suite 408
      Austin, Texas 78705
      Tel: (512) 637-9220
      Fax: (512) 371-9088

      ATTORNEYS FOR PLAINTIFF
      CROSSROADS SYSTEMS, INC.